**K&L GATES**

T +1 212 536 4021
F +1 212 536 3901

GRANTED. The conference is adjourned to November 13, 2025 at 1:00 PM.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 8.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: October 17, 2025

September 30, 2025

<u>Via ECF</u>

The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

**Re:** *Mid-America River and Rail, LLC, v. Pangea Commodities SAS*
**1:25-cv-5581-AS**
Status Report Re: Service via French Central Authority / Hague Convention
Request for Adjournment

Dear Judge Subramanian:

We represent Plaintiff, Mid-America River and Rail, LLC, in the above-captioned matter and write pursuant to the Court's Individual Practice, Section 3, to respectfully inform the Court that Defendant, Pangea Commodities SAS ("Pangea"), is located outside of the United States and Plaintiff has commenced efforts to execute service of process pursuant to Fed. R. Civ. P. 4(f). This process is expected to take several months. Accordingly, we respectfully request that the initial pre-trial conference, currently scheduled for October 21, 2025, be adjourned to a later date. This is the first adjournment request in this case.

*Current state of service upon foreign defendant Pangea*

The Complaint [Doc. #6] was filed with this Court on July 8, 2025, and the Summons was issued. On July 9, 2025, Plaintiff sent the Complaint, Summons, and other supporting documents to the Defendant's email address, which was the address listed in the underlying contract giving rise to this matter as the proper notice address, and was recently used for business and settlement discussions between the parties. Defendant did not respond to that email or the Complaint.

Defendant is an entity domiciled in France, a country signatory to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents ("Hague Service Convention"). Fed. R. Civ. P. 4(f)(1) authorizes internationally agreed means of service on parties located outside of the

United States.  Pursuant to the service procedures discussed in the Hague Guidance, Plaintiff obtained certified translations of all service documents on August 13, 2025.

Each Member State of the Hague Service Convention designates a Central Authority to process and execute international service requests.  On August 18, 2025, the Summons, Complaint, and supporting documents were delivered to the French Central Authority for processing and service on Defendant.  Based on prior experience and advice of our French colleagues, we understand that the French Central Authority may take several months to process and execute service upon Defendant.  After executing service, the French Central Authority will deliver a proof of service form to undersigned Plaintiff's counsel.  We are presently awaiting the Central Authority's confirmation of completion of proper service in France upon Defendant.  Upon receipt of confirmation of such service from the French Central Authority, we will further update this Court and notify the Court of the date Defendant must answer the Complaint under the Federal Rules of Civil Procedure.

We thank the Court for its time and consideration in this matter.


Respectfully Submitted,


*/s/ George K. Kontakis*

K&L Gates LLP
George K. Kontakis
599 Lexington Avenue
New York, New York 10022
Tel: 212.536.4021
Email: george.kontakis@klgates.com
***Attorney for Mid-America River and Rail, LLC.***