UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mid-America River and Rail, LLC, <br><br> Plaintiff, <br><br> -against- <br><br> Pangea Commodities SAS, <br><br> Defendant. | 25-CV-5581 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

     Pursuant to the Court's October 17 Order, Dkt. 9, the parties were required to file a joint letter, the contents of which are described therein and in Dkt. 7, the Wednesday before the initial conference. To date, the parties have not filed that letter. Counsel for plaintiff previously advised the Court that it needed to adjourn the conference to effectuate process. Counsel for plaintiff is ORDERED to provide an update to the Court by **November 12, 2025** explaining the progress and whether an additional adjournment is required.

     SO ORDERED.

Dated: November 12, 2025
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge