UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mid-America River and Rail, LLC,

Plaintiff,

-against-

Pangea Commodities SAS,

Defendant.

25-CV-5581 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court held a telephonic hearing on the record in this matter on July 22, 2026. The defendant did not attend, the pro se representative of the company having been sent the order scheduling the hearing by Federal Express and email. As discussed on the record:

1. The defendant **cannot** proceed in this case without representation by an attorney. The defendant should proceed swiftly to obtain counsel to represent it in this case. If the defendant does not secure legal representation, then the defendant will risk a **default judgment** that may, based on the allegations in plaintiff's complaint, **exceed $2 million**.

2. The plaintiff should proceed swiftly to file proof of service of the complaint on the docket. Once that is accomplished, and if the defendant does not answer the complaint **through appropriate legal counsel**, then the plaintiff may take the required steps to attempt to secure a default judgment.

3. If the defendant does appear in the case through legal counsel, then the parties should meet and confer, discuss next steps, and file a joint letter-motion as required in Dkt. 7.

4. The plaintiff is ordered to provide this order to Mr. Alia using the same methods referenced in Dkt. 22.

SO ORDERED.

Dated: July 23, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge