UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mid-America River and Rail, LLC,

Plaintiff,

-against-

Pangea Commodities SAS,

Defendant.

25-CV-5581 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

In its July 23, 2026 Order, the Court directed Plaintiff to "proceed swiftly to file proof of service of the complaint on the docket." Dkt. 23. That has not happened yet. On or before **October 23, 2026**, Plaintiff should file an update on whether Defendant has been served yet, and if not, why.

SO ORDERED.

Dated: October 16, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge