UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mid-America River and Rail, LLC,
Plaintiff,

-against-

Pangea Commodities SAS,
Defendant.

25-CV-5581 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

In light of plaintiff's documented efforts to effect service through the French Central Authority, plaintiff may, on or before November 2, 2026, file a letter proposing an alternative method of service on defendant under Federal Rule of Civil Procedure 4(h)(2). Any proposed method must be consistent with the Hague Service Convention, including France's pertinent declarations, and reasonably calculated to provide defendant notice of this action.

SO ORDERED.

Dated: October 26, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge